Fourth Department. May 15, 1907.) Action by Paul J. Wurst against John Keisser.

PER CURIAM. Judgment and order affirmed, with costs.

KRUSE, J., not sitting.

———

WYNNE, Respondent, v. WALDO, Appellant. (Supreme Court, Appellate Division, Second Department. June 21, 1907.) Action by Edward F. Wynne against Gertrude R. Waldo. No opinion. Judgment and order unanimously affirmed, with costs.

———

YALE WONDER CLOCK CO., Respondent, v. SURMAN, Appellant. (Supreme Court, Appellate Division, Third Department. June 25, 1907.) Action by the Yale Wonder Clock Company against James E. Surman. No opinion. Judgment unanimously affirmed, with costs.

———

ZIEGLER, Respondent, v. RAABE et al., Appellants. (Supreme Court, Appellate Division, First Department. May 24, 1907.) Action by Paul Ziegler against Henry Raabe, Jr., and another. F. M. Avery, for appellants. J. Fischer, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

———

NATIONAL CONTRACTING CO. v. HUDSON RIVER WATER POWER CO. (Supreme Court, Appellate Division, First Department. February, 1907.) Action by the National Contracting Company against the Hudson River Water Power Company. No opinion. Memorandum for counsel.

**END OF CASES IN VOL. 105.**

